FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 FEB 10   AM 11: 34

DISTRICT OF UTAH

Stephen W. Rupp, Trustee (2824)
**McKAY, BURTON & THURMAN**
170 South Main Street, Suite 800
Salt Lake City, Utah  84101
Telephone: (801) 521-4135
Telefax: (801) 521-4252

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | : Bankruptcy No. 09-30304 RKM |
| | (Chapter 7) |
| ROBERT DARRAN TAYLOR and | : |
| DARCI ANDERSON TAYLOR, | |
| | |
| Debtors. | : |



### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE
### UNITED STATES BANKRUPTCY COURT REGISTRY

The duly-appointed and acting Trustee in this matter, pursuant to Rule 3011, Rules of

Bankruptcy Procedure hereby gives notice of funds paid into the United States Bankruptcy Court

registry and represents to the Court that:

      1.     On October 28, 2010, the following check was issued in the following amount:

| Check # | Creditor & Address | Check Amount |
|---|---|---|
| 106 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha, NE 68197 | $ 289.92 |

      2.     The above check has never been cashed.  A "Stop Payment" has been issued by the

Trustee.

      3.     The unclaimed funds are on deposit at the Bank of New York Mellon, Account No.

92009774614966.

      4.     The last known name and address of the payee to which the check was

sent is listed above.

2

2

5.    A check in the amount of $289.22, representing said unclaimed funds, has been made payable to the Clerk of the U.S. Bankruptcy Court for the District of Utah and is attached hereto.

DATED this ___10___ day of February, 2011.

McKAY, BURTON & THURMAN

By _____

Stephen W. Rupp, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was mailed, postage prepaid, on the ___10___ day of February, 2011, to the following:

U.S. Trustee's Office                    (Sent via ECF)
405 South Main Street, Suite 300
Salt Lake City, Utah  84111

_____

ka\pl\taylor.unc